U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUN 25 AM 11: 49

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RANDY HILL, SR. AND<br>ISAAC MCPHERSON, JR. | * | CIVIL ACTION<br>NO.: 03-1829 |
| VERSUS | * | |
| | * | SECT. N MAG. 1 |
| PUBLIC BELT RAILROAD COMMISSION<br>FOR THE CITY OF NEW ORLEANS,<br>THOMAS LOBELLO, AND JOHN DOE | * | MAG. |
| | * | PLAINTIFF REQUEST<br>TRIAL BY JURY |

## COMPLAINT FOR DAMAGE UNDER THE CIVIL RIGHTS ACT

**NOW COME**, plaintiffs, Randy Hill, Sr., a person of lawful age and a resident of and domiciled in the Parish of Orleans, State of Louisiana and Isaac McPherson, Jr., a person of lawful age and a resident of and domiciled in the Parish of Jefferson, State of Louisiana, respectfully represent:

1.

Made defendants herein are:

a) Public Belt Railroad Commission for the City of New Orleans ("N.O. Public Belt RR"), on information and belief a governmental entity created pursuant to the ordinances of the City of New Orleans, capable of suing and being sued;

Fee /30.00
__ Process___
X Dktd___
__ CtRmDep___
__ Doc. No.___

b)  Thomas Lobello, a resident of and domiciled in the Parish of Orleans, State of Louisiana and at all material times, Plaintiffs' immediate superior, the general superintendent of the N.O. Public Belt RR; and

c)  John Doe and others not presently known to plaintiffs who were at all pertinent times to this Complaint, employees and/or officers and/or management personnel of the defendant, N.O. Public Belt RR, sued and being sued in both his/her individual and official capacity.

2.

Jurisdiction of this court is founded pursuant to 28 U.S.C. 1331 and 1343. This suit is authorized and instituted pursuant to Title VII of the Act known as "The Civil Rights Act of 1964," 42 U.S.C. § 2000 (e) *et seq.* Jurisdiction of this Court is invoked to secure protection of and to redress deprivations of rights secured by Title VII of the Act. This suit is also brought under Title 42 U.S.C. § 1981, § 1983 and § 1985, and the United States Constitution pursuant to the Fifth and Fifteenth Amendments thereto.

3.

Plaintiffs herein are African American Citizens of the United States residing in the State of Louisiana, and at all pertinent times were employed by the defendant, N.O. Public Belt RR in the capacity of switchmen.

4.

Defendant, N.O. Public Belt RR discriminates against African Americans, and specifically plaintiffs herein, by excluding plaintiffs and other African Americans from receiving full 100% pay as a switchman; both plaintiffs began employment with defendant, N.O. Public Belt RR without a

break in service after leaving Kansas City Southern Railroad. Rather than receive 100% of a switchman's pay as did other Caucasian employees, plaintiffs herein were started at 85% of the pay of a switchman despite no brake in service.

5.

Plaintiffs learned of this discriminatory practice on September 1, 2002, when it came to their attention that a white employee, Mike Candella, and other Caucasian employees were receiving 100% of a switchman's pay when they transferred from another railroad with no break in service.

6.

Plaintiffs timely and properly filed a complaint before the Equal Employment Opportunity Commission ("E.E.O.C.") alleging denial by defendant, N.O. Public Belt RR of their rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e) *et seq.* Thereafter, plaintiffs were notified by the Commission under provisions of § 706(e) of Title VII of the Civil Rights Act of 1964 that plaintiffs have the right to bring a civil action in a United States District Court. This civil action has been timely filed.

7.

Defendant, Thomas Lobello, while acting under color of law, engaged in conduct that violated and otherwise exhibited reckless and careless disregard for plaintiff's federally protected constitutional and statutory rights by deliberately paying new white employees with no break in service higher starting salaries than similarly situated African American employees.

8.

The aforementioned acts and omissions resulted in depriving plaintiffs of their civil rights and right to equal protection of the laws all in violation of the Fifth and Fourteenth Amendment of

the Constitution of the United States, 42 U.S.C. § 1981, § 1983, and § 1985.

9.

Acting under color of law pursuant to official policy or custom, the defendant, N.O. Public Belt RR, knowingly, recklessly and with deliberate indifference and callous disregard of plaintiffs' rights failed to instruct, supervise, control, and discipline on a continuous basis, defendant, Thomas Lobello, directly or indirectly, under color of law, and approved or ratified the unlawful, deliberate, malicious, reckless and wanton conduct of Thomas Lobello as described above.

10.

As a result of incidents referred herein, plaintiffs have suffered damages, lost wages and future earnings, and have incurred legal fees, and expenses in bringing this claim, as well as punitive damages.

11.

Plaintiffs are entitled to $950,000.00 in compensatory damages, and $1,000,000.00 in punitive damages as a result of the incidents referred to herein.

12.

Plaintiffs are entitled to and pray for trial by jury on all issues herein.

WHEREFORE, plaintiffs pray that the defendants, Public Belt Railroad Commission for the City of New Orleans and Thomas Lobello, be summoned to appear and to answer the allegations contained herein, within the delays allowed by law, and after due proceedings had, that there be judgment herein in favor of plaintiffs, Randy Hill, Sr. and Isaac McPherson, Sr. and against the defendants, New Orleans Public Belt Railroad and Thomas Lobello, John Doe and other individuals or persons whose identity is presently unknown, jointly, and severally, for compensatory damages

4

in the amount of $950,000.00, for punitive damages in the amount of $1,000,000.00, plus reasonable attorney's fees, legal interest and all costs of these proceedings, as well as such other relief as the Court deems just and equitable.

RESPECTFULLY SUBMITTED:

**RADLAUER & BERNSTEIN**
An Association of Law Corporations
603 St. Joseph Street
New Orleans, Louisiana 70130
Telephone: (504) 524-0066

_____
ROGER S. BERNSTEIN (3015)


**PLEASE SERVE:**

**PUBLIC BELT RAILROAD COMMISSION FOR THE CITY OF NEW ORLEANS**
through Jim Bridger, General Manager
4822 Tchoupitoulas Street
P. O. Box 51658
New Orleans, LA  70151-1658

**THOMAS LOBELLO**
4822 Tchoupitoulas Street
P. O. Box 51658
New Orleans, LA  70151-1658